Jared R. Richards, Esq.
Nevada Bar No. 11254
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
stephen@clearcounsel.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN CAVALARO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal government entity and a political subdivision of the State of Nevada; LVMPD OFFICER J. TOMLINSON (P#15345), and individual; and DOE OFFICERS I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02234-APG-MDC<br><br>**PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

Pursuant to Local Rule 26-1(b), the parties submit their proposed Discovery Plan and Scheduling Order with a request for Special Scheduling Review, pursuant to LR 26-1.

**1)   Meeting:** Pursuant to FRCP 26(f), a meeting was held on December 9, 2025 and was attended telephonically by Stephen Stubbs, Esq. for Plaintiff, Matt Wolf, Esq. for LVMPD Defendants, and Timothy Geswein for Defendant City of Las Vegas.

**2)   Pre-Discovery Disclosures:** Pursuant to FRCP 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any Computation(s) of Damages required pursuant to FRCP 26(a)(i)(A)(iii) within 14 days of the FRCP 26(f) conference, no later than December 23, 2025.

**3)** **Areas of Discovery:** The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses pursuant to the Federal Rules of Civil Procedure.

**4)** **Discovery Plan:** The parties propose the following discovery plan:

a) **Discovery Cut-off Date(s):** The parties are requesting special scheduling review pursuant to LR 26-1.  The parties are requesting 6 months from the date of the filing of the Answer on November 24, 2025.  Which is 180 days to conduct discovery allowed by LR 26-1(b)(1).  To wit, the parties agree that discovery must be completed no later than Tuesday, May 26, 2026.[1]

b) **FRCP 26(a)(2) Disclosure of Experts:** Disclosure of experts shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(b)(3) as follows: The disclosure of experts and their reports shall occur on or before Friday, March 27, 2026. The disclosure of rebuttal experts and their reports shall occur on or before Monday, April 27, 2026.[2] These deadlines are 60 and 30 days before the discovery cut-off date, respectively.

c) **Dispositive Motions:** The parties shall have until Thursday, June 25, 2026 to file dispositive motions. This is 30 days after the discovery cut-off date, as required by LR 26-1(b)(4).

d) **Pre-Trial Order:** The parties will prepare a Consolidated Pre-Trial Order on or before Monday, July 27, 2026[3], which is not more than 30 days after the date set for filing dispositive motions in this case, as required by LR 26-1(b)(5). This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the

---

[1] This deadline would fall on Saturday, May 23, 2026.  Since Monday, May 25, 2026 is a Federal holiday, it is adjusted to Tuesday, May 26, 2026

[2] This deadline would fall on Sundy, April 26, 2026.  Accordingly, it has been adjusted to Monday, April 27, 2025.

[3] This deadline would fall on Saturday, July 25, 2026.  Accordingly, it has been adjusted to Monday, July 27, 2026.

dispositive motions, or until further order of the Court. The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be made in the pretrial order.

      e)    **Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

      f)    **Extensions or Modifications of the Discovery Plan and Scheduling Order:**   LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than Tuesday, May 5, 2026, 21 days before the discovery cut-off date.

**5)**    **Alternative Dispute Resolution.** Pursuant to LR 26-1(b)(7) the parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation;

**6)**    **Alternative Forms of Case Disposition.** Pursuant to LR 26-1(b)(8) the parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and have determined that this directive is not appropriate for the instant matter.

**7)**    **Electronic Evidence.**  Pursuant to LR 26-1(b)(9) the parties hereby certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties agree that any evidence deemed admissible at trial may be presented in electronic format to the jury for purposes of jury deliberations.

**8)**    **Email Service.** Email Service: The parties consent to electronic service, to the extent the size of the submission permits it, of all court filings, not served through ECF (e.g., filings under

seal) and such service shall constitute proper service under FRCP 5(b)(2)(E). The parties further consent to electronic service of correspondence and discovery, in lieu of other service methods, under FRCP 5(b)(2)(E) on all counsel who have entered an appearance on behalf of the party to be served. Documents and materials electronically served via email to the McNutt Law Firm under this paragraph must be directed to mcw@mcnuttlawfirm.com, drm@mcnuttlawfirm.com, lah@mcnuttlawfirm.com, and rlt@mcnuttlawfirm.com. Documents and materials electronically served via email to Clear Counsel Law Group must be directed to stephen@clearcounsel.com, sperkins@clearcounsel.com, amelia@clearcounsel.com, jared@clearcounsel.com, and dustin@clearcounsel.com. Documents and materials electronically served via email to The City of Las Vegas must be directed to tgeswein@LasVegasNevada.GOV, ccorwin@LasVegasNevada.GOV, jandrews@LasVegasNevada.GOV, khansen@LasVegasNevada.GOV, and rmilton@lasvegasnevada.gov.

DATED: December 24, 2025

/s/ Stephen Stubbs
Stephen P. Stubbs, Esq. (10449)
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Plaintiff*

DATED: December 24, 2025

/s/ Matt Wolf
Matt Wolf, Esq. (10801)
MCNUTT LAW FIRM
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for LVMPD Defendants*

DATED: December 24, 2025

/s/ Timothy Geswein
Timothy J. Geswein, NV Bar No. 10049
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for the City of Las Vegas*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-7-26