# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KATHLEEN CAVALARO,

    Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

    Defendants

Case No.: 2:25-cv-02234-APG-MDC

**Order (1) Denying Motion for Judgment as Moot and (2) Granting Motions to Exceed Page Limits**

[ECF Nos. 15, 18, 27, 29, 38]

In light of the amended complaint (ECF No. 52),

I ORDER that the defendants' motion for partial judgment on the pleadings (ECF No. 27) is DENIED as moot.

I FURTHER ORDER that the parties' motions to exceed page limits (ECF Nos. 15, 18, 29, 38) are GRANTED.

DATED this 8th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE