**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN CAVALARO,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:25-cv-02234-APG-MDC<br><br>**Order (1) Granting in Part Motion to Hold in Abeyance or Deny as Moot and (2) Denying Without Prejudice Motions for Temporary Restraining Order and Preliminary Injunction**<br><br>[ECF Nos. 14, 17, 50] |

The defendants move for me to hold in abeyance or deny as moot plaintiff Kathleen Cavalaro's motions for temporary restraining order and preliminary injunction. The defendants argue that Cavalaro has since amended her complaint, so I should deny as moot the motions that were based on a prior version of the complaint. They also argue that I should resolve a motion to dismiss that they intend to file directed at the amended complaint before I address any motions for injunctive relief because that may moot the requested injunctive relief. Cavalaro opposes, arguing that the amended complaint does not moot the pending motions and I should not delay ruling on the injunctive relief motions because First Amendment rights are at issue.

I grant the defendants' motion in part. The motions for injunctive relief were based on a prior version of the complaint, so I deny them as moot, without prejudice to refiling them based on the allegations in the amended complaint. But I deny the defendants' request that I commit to resolving a motion to dismiss before addressing motions for injunctive relief.

I THEREFORE ORDER that the defendants' motion to hold in abeyance or deny as moot **(ECF No. 50) is GRANTED in part**.

/ / / /

I FURTHER ORDER that plaintiff Kathleen Cavalaro's motions for temporary restraining order and preliminary injunction **(ECF Nos. 14, 17) are DENIED without prejudice** to refile based on allegations in the amended complaint.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE