**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KATHLEEN CAVALARO,

Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendants

Case No.: 2:25-cv-02234-APG-MDC

**Order Granting Unopposed Motions**

[ECF Nos. 70, 81, 84]

I ORDER that defendants' unopposed motion to extend time **(ECF No. 70) is GRANTED**.

I FURTHER ORDER that the plaintiff's unopposed motions to exceed page limits **(ECF Nos. 81, 84) are GRANTED**.

DATED this 1st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE