**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN CAVALARO,<br><br>Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants | Case No.: 2:25-cv-02234-APG-MDC<br><br>**ORDER REGARDING PLAINTIFF'S EXHIBITS** |

Kathleen Cavalaro's reply in support of her motion for preliminary injunction cites to pages 88-89 of a deposition transcript, which purportedly are filed at ECF 30-1. ECF No. 83 at 26. Those pages are not filed there and I cannot locate them in the record. Cavalaro also submitted two manual filings regarding her motion for a preliminary injunction (ECF Nos. 64 and 67), but exhibit 4 in each is nonfunctional. Further, she filed a notice of manual filing (ECF No. 72), but the clerk's office did not receive the exhibit. If Cavalaro wants me to consider these items, she must properly submit them by October 15, 2026.

DATED this 9th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE