**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KATHLEEN CAVALARO,

Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendants

Case No.: 2:25-cv-02234-APG-MDC

**Order for Supplemental Briefs and Setting Hearing**

[ECF No. 93]

The defendants' motion for leave to supplement **(ECF No. 93) is granted**. By October 16, 2026, the parties may file five-page briefs addressing the impact on this case of the recent policy changes instituted by the Las Vegas Metropolitan Police Department (Metro). Metro must attach the new policies to its brief.

I will conduct a hearing on the plaintiff's motions for TRO and preliminary injunction (ECF Nos. 62, 65) on Wednesday, October 28, 2026 at 2:30 p.m. in Las Vegas courtroom 6C. The parties are ordered to confer before that hearing about the specific scope and language of an injunction, should I decide to enter one.

DATED this 13th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE