**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN CAVALARO,<br>Plaintiff<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>Defendants | Case No.: 2:25-cv-02234-APG-MDC<br>**ORDER REGARDING PLAINTIFF'S EXHIBITS** |

Kathleen Cavalaro cites to ECF No. 65-8, titled "20.33.59 Sgt. McGuire BWC," which I cannot locate in the corresponding manual filing. ECF No. 65 at 6 n.13. Additionally, Cavalaro's "Knepp BWC exhibits," ECF Nos. 62-4 and 65-4 are partially nonfunctional. If Cavalaro wants me to consider these exhibits, she must properly submit them immediately.

DATED this 26th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE