**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Cavalaro,<br><br>Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et. al,<br><br>Defendants | Case No.: 2:25-cv-02234-APG-MDC<br><br>**Order Denying Motion to Dismiss**<br><br>[ECF No. 60] |

In light of the notice of settlement (ECF No. 107), I order that defendants Las Vegas Metropolitan Police Department, Mark Eshe, Joel Tomlinson, and Bryan Peterson's motion to dismiss **(ECF No. 60) is DENIED** as moot, without prejudice to refiling it if the settlement does not finalize.

DATED this 13th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE